DEMOS BROTHERS GENERAL CONTRACTORS, INCORPORATED
*vs.* MAYOR OF SPRINGFIELD.

Hampden.   October 29, 1947. — December 9, 1947.

Present: QUA, C.J., LUMMUS, RONAN, WILKINS, & WILLIAMS, JJ.

*Mandamus.*

A petition for a writ of mandamus to require the mayor of a city to sign a contract which was valid without his signature rightly was dismissed.

PETITION for a writ of mandamus, filed in the Superior Court on July 17, 1946.

The case was heard by *Donnelly,* J.

In this court the case was submitted on briefs.

*L. C. Henin,* for the petitioner.

*S. A. Moynahan,* City Solicitor, & *C. D. Sloan,* Assistant City Solicitor, for the respondent.

WILKINS, J. This is a petition for a writ of mandamus to require the respondent mayor to sign the contract with the petitioner for water main construction which is the

subject of our opinion in *Demos Brothers General Contractors, Inc.* v. *Springfield*, decided this day, *ante*, 171. The judge, after hearing, entered an order dismissing the petition, and the petitioner excepted. As the contract is valid without the mayor's signature, there is no occasion for a writ to issue. *Amory* v. *Assessors of Boston*, 306 Mass. 354, 357–358. *Seney* v. *Board of Health of Northampton*, 314 Mass. 272, 273.

*Exceptions overruled.*